United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-15956-mdc
Richard J Covone                                                       Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Dec 15, 2017
                             Form ID: pdf900           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2017.
db         +Richard J Covone,   11210 Audubon Avenue,   Philadelphia, PA 19116-2726
13977702   +Barclays Bank Delaware,   Po Box 8803,   Wilmington, DE 19899-8803
13977703   +Ccb/bedbath,   Po Box 182120,   Columbus, OH 43218-2120
13977704   +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
13977705   +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
13982513   +Citizens Bank N.A.,   1 Citizens Drive Mailstop ROP15B,   Riverside, RI 02915-3019
13977708   +Comenitycap/bedbathmc,   Po Box 182120,   Columbus, OH 43218-2120
13979107   +First National Bank of Omaha,   1620 Dodge Street, Stop code 3105,   Omaha, NE 68197-0002
13977711   +Fnb Omaha,   Po Box 3412,   Omaha, NE 68103-0412
13977712   +Kwartler Manus, LLC,   1429 Walnut Street,   Suite 701,   Philadelphia, PA 19102-3207
14007653   +Nationstar Mortgage, LLC d/b/a Mr. Cooper,   ATTN: Bankruptcy Department,   P.O. Box 619096,
             Dallas, TX 75261-9096
13977713   +Nationstar/mr. Cooper,   350 Highland Dr,   Lewisville, TX 75067-4177
14027511   +PNC Bank, N.A.,   PO Box 94982,   Cleveland, OH 44101-4982
13977714   +Pnc Bank, N.a.,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002
13977715   +State Farm Financial S,   3 State Farm Plaza N-4,   Bloomington, IL 61791-0002
13977721   +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcy@phila.gov Dec 16 2017 01:18:44   City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 16 2017 01:18:09
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 16 2017 01:18:30   U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13983883    E-mail/Text: mrdiscen@discover.com Dec 16 2017 01:17:44   Discover Bank,
             Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13977709   +E-mail/Text: mrdiscen@discover.com Dec 16 2017 01:17:44   Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
14019156    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 16 2017 01:35:08
             Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13978127   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 16 2017 01:21:27
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13977716   +E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2017 01:21:12   Syncb/amazon,   Po Box 965015,
             Orlando, FL 32896-5015
13977717   +E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2017 01:21:25   Syncb/bp Dc,   Po Box 965024,
             Orlando, FL 32896-5024
13977718   +E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2017 01:21:25   Syncb/paypal Extras Mc,
             Po Box 965005,   Orlando, FL 32896-5005
13977719   +E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2017 01:21:12   Syncb/walmart,   Po Box 965024,
             Orlando, FL 32896-5024
13978291   +E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2017 01:21:25   Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13977720    E-mail/Text: bankruptcy@td.com Dec 16 2017 01:18:19   Td Bank N.a.,   70 Gray Rd,
             Portland, ME 04105
13977707    E-mail/Text: creditreconciliation@peoples.com Dec 16 2017 01:18:18   Citizens Bank,
             1000 Lafayette Blvd,   Bridgeport, CT 06604
                                                                             TOTAL: 14

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13977706*  +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13981876*  +First National Bank of Omaha,   1620 Dodge St., Stop Code 3105,   Omaha, NE 68197-0002
13977710*  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Service,   Po Box 108,   Saint Louis, MO 63166)
                                                                     TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2         User: Antoinett        Page 2 of 2            Date Rcvd: Dec 15, 2017
                             Form ID: pdf900        Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2017 at the address(es) listed below:
          BRANDON J. PERLOFF   on behalf of Debtor Richard J Covone bperloff@kminjurylawyers.com,
            kmecf1429@gmail.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                              TOTAL: 4
```

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD J COVONE                    Chapter 13


                        Debtor          Bankruptcy No. 17-15956-MDC


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___14ᵀʰ___ day of ___December___, 201*7* upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_Magdeline D. Coleman_
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRANDON J. PERLOFF
KWARTLER MANUS LLC
1429 WALNUT STREET  STE 701
PHILADELPHIA, PA 19102-


Debtor:
RICHARD J COVONE

11210 AUDUBON AVENUE

PHILADELPHIA, PA 19116